# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELA HAMILTON, DANA MCDERMOTT, MELANIE CREEL, SHAMILA HASHIMI, QUINTARA HICKS, KIANA HOWELL, LISA LAZZARA, ALICIA MILLER, SUSIE SCOTT, TERRI SEASTROM, TAYLOR SMITH, AND SARA WOOD, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>NUWEST GROUP HOLDINGS, LLC,<br><br>      Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No.   C22-1117-RSM |

\_\_\_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Plaintiffs' unopposed Motions for Final Approval of Class and Collective Action Settlement and for Attorneys' Fees, Expenses Reimbursement and Service Awards, Dkts. #130 and #132, are GRANTED. The Court grants final approval of the Settlement Agreement. The Court awards Class Counsel attorneys' fees, expenses, and service awards as requested in the Motion. This action is DISMISSED with prejudice. See Order for further details.

Dated this 14th day of October, 2025.

RAVI SUBRAMANIAN
Clerk

*/s/ Tajma Eaton*
Deputy Clerk